# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| YANITZA FELICIANO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-1449 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

## O R D E R

This case is referred to the Magistrate Judge for case management, decision on all pretrial, nondispositive motions and report and recommendation on all dispositive motions under 28 U.S.C. § 636(b)(1) and to conduct any necessary proceedings under Rule 72, FED.R.CIV.P.

It is so **ORDERED.**

Enter this 15th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge