IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| YANITZA FELICIANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:14-cv-01449 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Holmes |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On September 1, 2015, the magistrate judge issued a Report and Recommendation (DE #18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (DE #13) is GRANTED, and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), for consideration of whether the plaintiff's physical impairments meet or equal Listing 1.04A.

It is so **ORDERED**.

ENTER this 23rd day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge